JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

```
MARIA MALDONADO,                    )  Case No. CV 09-7703-MLG
                                    )
           Plaintiff,               )          JUDGMENT
                                    )
     v.                             )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner of the                 )
Social Security Administration,     )
                                    )
           Defendant.               )
_____)
```

   IT IS ADJUDGED that judgment be entered in favor of Defendant and that the action herein is dismissed with prejudice.

DATED: June 17, 2010

                          MARC L. GOLDMAN
                         _____
                         MARC L. GOLDMAN
                         United States Magistrate Judge